UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRYAN DELANEY, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 06-2060
 )
BUREAU OF PRISONS, *et al.*, )
 )
    Defendants. )

## DISMISSAL ORDER

    The Court provisionally filed the above-captioned action on November 30, 2006. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. To date, although plaintiff has filed a trust fund statement for transactions occurring in December 2006, he has not submitted trust fund account information covering the six-month period preceding the filing of his complaint. Accordingly, it is hereby

    ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. #2] is DENIED WITHOUT PREJUDICE. It is further

    ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

    This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: 11/21/07

                                     United States District Judge